```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/22/2024
```

Cristian Gallorini, Esq.
cgallorini@b2b.legal

May 16, 2024

To: Honorable Margaret M. Garnett, District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *De Sangosse Agroquimica LTDA v. JDGU Inv. LLC et al.*, Case No. 23 Civ. 10771
In Re: Motion Letter – First Request for Adjournment (ECF 16)

Honorable Margaret M. Garnett:

With this letter-motion, De Sangosse respectfully asks an adjournment of the in-person Initial Pretrial Conference scheduled for Tuesday, May 28, 2024, at 11:30 AM because both counsels for De Sangosse are unavailable to attend the in-person hearing. In details, Mr. Gallorini is out of the country from May 20th to May 30th, 2024, for a trip to Italy that was scheduled a few months ago. Mr. Bossa has a trial in the case No. 23-001516-CI in the Circuit Court of the Sixth judicial circuit in and for Pinellas county, Florida starting at 9:30 AM on May 29, 2024. None of the counsels will be able to fly to New York for the set hearing on May 28, 2024.

On May 1, 2024, this counsel sent an email to counsel for JDGU and Juan Diego Gonzalez and Supply A.K. LLC, appearing *pro-se*, to schedule the conference of the parties, and asked their consent for the adjournment. Both Supply A.K., *pro-se*, as well as JDGU and Juan Diego Gonzalez, through their attorney, consented to the adjournment.

Counsels for De Sangosse and JDGU, conferred, and propose early and mid- July, 2024 as alternative period for the Initial Pretrial Conference. No other scheduled dates will be affected by this adjournment except for the deadline to file a joint letter and proposed Civil Case Management Plan and Scheduling Order that will be postponed accordingly.

Application GRANTED. It is hereby ORDERED that the Initial Pretrial Conference shall be ADJOURNED to **Thursday, June 13, 2024, at 4:00 p.m.** The conference shall take place over Microsoft Teams. The Microsoft Teams meeting ID is: **212 212 206 806**. The passcode is: **TooUVZ**. The parties' joint letter and proposed Civil Case Management Plan shall be due no later than **June 6, 2024**. The Clerk of Court is respectfully directed to terminate Dkt. No. 49.

SO ORDERED. Date: 5/22/2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Respectfully,

*/s/ Cristian Gallorini*

Cristian Gallorini, Esq.



2701 Ponce de Leon Blvd #202
Coral Gables, FL 33134
(305) 444 3114