

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/2024

**Giacomo Bossa, Esq.**
gbossa@b2b.legal

**August 12, 2024**

To: Honorable Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re: *De Sangosse Agroquimica LTDA v. JDGU Inv. LLC et al.*, Case No. 23 Civ. 10771
In Re: Letter Motion to Seal

Honorable Margaret M. Garnett:

Plaintiff, DE SANGOSSE AGROQUÍMICA LTDA, respectfully ask this court to seal the subpoenas duces tecum to Wells Fargo (ECF 61-1) and Truist Bank (ECF 62-1), attached in its Notice of Subpoena to Wells Fargo (ECF 61) and Truist (ECF 62) because it includes unredacted financial account numbers.

The subpoenas include confidential information whose redactions does not require court approval or conferral with opposing counsel. Although De Sangosse redacted financial account numbers from the subpoenas, information related to two additional bank accounts were inadvertently left unredacted.

Accordingly, De Sangosse respectfully asks this Court to seal the subpoenas and inform that it will file an amended notice and subpoenas redacting all those confidential information that required redaction.

Respectfully,

*/s/ Giacomo Bossa*

Giacomo Bossa, Esq.

Application GRANTED.  The Clerk of Court is respectfully directed to seal Dkt. Nos. 61-1 and 62-1. Counsel shall refile properly redacted versions of the relevant documents within 5 business days of this Order.

SO ORDERED.  Dated August 13, 2024.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE



2701 Ponce de Leon Blvd #202
Coral Gables, FL 33134
(305) 444-3114