USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2025

**DR&M**  DUNNING RIEVMAN

Brian C. Dunning
bdunning@drmlaw.com
646-873-7522

June 30, 2025

**BY ECF**

Hon. Margaret M. Garnett
U.S. District Judge
U.S. District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    De Sangosse Agroquimica Ltda. v. JDGU Investment LLC, et al.
            (1:23-cv-10771 MMG)

Dear Judge Garnett :

    Our firm is counsel for defendant GRF Consulting LLC ("GRF") in this case. I am writing to report that GRF and the plaintiff have agreed to a settlement in principle, but they are still working on finalizing all material terms and reducing it to an executed settlement agreement, at which point it would be binding on the parties. Counsel hope to finalize the process shortly and to file a stipulation of discontinuance as soon as possible.

    We thank the Court for its patience while the parties worked to resolve this matter.

                                Very truly yours,

                                Brian C. Dunning

cc:    Zalman Kass, Esq.
        Counsel for Plaintiff

In light of the settlement in principle between Plaintiff and Defendant GRF Consulting LLC, it is hereby ORDERED that Plaintiff's motion to strike (Dkt. No. 133) is DENIED without prejudice to renewal. The Clerk of Court is respectfully directed to terminate Dkt. No. 133.

It is further ORDERED that the parties shall either file the anticipated stipulation of discontinuance or a status letter regarding the execution of their settlement, no later than **August 1, 2025**.

SO ORDERED.  Date: 6/30/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE