**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- X

**DE SANGOSSE AGROQUÍMICA LTDA**, :

Plaintiff, :

v. : Case No.: 1:23-cv-10771

**JDGU INVESTMENT LLC**, *et al.* :

Defendants. :

---------------------------------------------------------- X

**MOTION TO SEAL**

Plaintiff, DE SANGOSSE AGROQUIMICA LTDA., through undersigned counsel, files this Motion to Seal Exhibit E to its Letter Response Required Pursuant to this Court's Order and Opinion dated August 28, 2026, ECF 154, specifically its Attorney Time Sheets. Importantly, Exhibit E includes confidential information within its attorney time sheets consisting of information protected by work-product privilege and attorney-client privilege. Counsel intends to publicly file a redacted version on September 14, 2026.

Plaintiff has attached its proposed order at **Exhibit A.**

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this Motion to Seal Exhibit E and enter the Proposed Order attached hereto.

Dated: September 11, 2026.

*[THIS SPACE IS INTENTIONALLY LEFT BLANK]*

Respectfully submitted,

**BARAKAT + BOSSA, PLLC**
*Attorneys for Plaintiff*
201 Alhambra Circle, Suite 1060
Coral Gables, Florida 33134
Tel: (305) 444-3114
Fax: (305) 444-3115

By: */s/ Schneur Zalman Kass*
**SCHNEUR ZALMAN KASS**
Florida Bar No. 100554
(admitted *pro hac vice*)
zkass@b2b.legal
service@b2b.legal
ngomez@b2b.legal

## CERTIFICATE OF CONFERRAL

The undersigned counsel hereby certifies that on September 11, 2026, counsel for Plaintiff attempted to confer with counsel for Defendants, JDGU Investment LLC ("JDGU") and Juan Diego Gonzalez by email and phone prior to filing this Motion. However, Plaintiff was unable to obtain a response from Defendant prior to filing.

By: */s/ Schneur Zalman Kass*
**SCHNEUR ZALMAN KASS**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 11, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By: */s/ Schneur Zalman Kass*
**SCHNEUR ZALMAN KASS**

# EXHIBIT A

**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------ X

**DE SANGOSSE AGROQUÍMICA LTDA,** :

Plaintiff, :

v. : Case No.: 1:23-cv-10771

**JDGU INVESTMENT LLC**, *et al.* :

Defendants. :

------------------------------------------------ X

**~~PROPOSED~~ ORDER GRANTING MOTION TO SEAL**

**THIS MATTER,** having come before the Court on Plaintiff, DE SANGOSSE AGROQUIMICA LTDA.'s, Motion to Seal, and the Court, having reviewed said Motion and being otherwise fully advised in the premises,

**ORDERED AND ADJUDGES** as follows:

1. The Motion is **GRANTED.**
2. The Attorney Time Entries contained within **Exhibit E,** consisting of information that is protected by attorney-client privilege and work-product privilege, shall be filed under seal and maintained as confidential by the Court.

DONE and ORDERED in Chambers in New York, New York this 15 day of September 2026.

**Hon. MARGARET M. GARNETT**
**UNITED STATES DISTRICT JUDGE**